# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.: 3:25-cv-857

| | |
|---|---|
| EVOX PRODUCTIONS LLC,<br>A Delaware limited liability company,<br><br>**Plaintiff,**<br><br>v.<br><br>LENDINGTREE, LLC,<br>a Delaware Limited Liability Company;<br>and DOES 1-10,<br><br>**Defendants.** | **COMPLAINT FOR COPYRIGHT<br>INFRINGEMENT** |

Plaintiff EVOX Productions LLC ("Plaintiff" or "EVOX") brings this complaint against

LendingTree, LLC. ("LendingTree") and DOES 1-10 (collectively, "Defendants"), and alleges as

follows:

## JURISDICTION AND VENUE

### Subject Matter Jurisdiction

1.      This Court has subject matter jurisdiction over the copyright claim pursuant to 17

U.S.C. Section 501, *et seq*., and 28 U.S.C. Sections 1331 and 1338(a).

### Personal Jurisdiction

2.      This Court may exercise personal jurisdiction over LendingTree because it is at

home in this district.  Specifically, LendingTree identifies its principal place of business in

Charlotte, North Carolina.

### Venue

3.      Venue for EVOX's copyright claims is proper in this District pursuant to 28

U.S.C. Section 1400(a) because, as alleged herein, LendingTree is amenable to personal

jurisdiction here.

## PARTIES

4.      EVOX is a Delaware limited liability company with its principal place of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

5.      LendingTree is a Delaware Limited Liability Company, and it is headquartered in Charlotte, North Carolina.

6.      Nonparty AIG Specialty Insurance Company ("AIG") is an insurer who, upon information and belief, has issued LendingTree an insurance policy that could provide coverage for EVOX's claims.

7.      Nonparty Marsh USA Inc. ("Marsh") is an insurance broker who, upon information and belief, sold the AIG insurance policy to LendingTree.

8.      The true names and capacities of Defendants named herein as DOES 1 through 10 are unknown to EVOX, who therefore sues them by fictitious names.  EVOX will amend this Complaint to allege the true names and capacities when ascertained.

9.      Upon information and belief, in performing the acts or omissions described in this Complaint, LendingTree and each of the DOE defendants were acting as the principal, representative, agent, employee or alter ego of each other, and were acting within the scope of such agency or employment to commit the acts alleged herein.  Each defendant sued herein aided and abetted the other with the intent that each would be successful in their mutual endeavors. Each defendant contributed to EVOX's damages and the statutory violations alleged herein.

## NATURE OF THE ACTION

10.     EVOX has been a pioneer in the industry of automobile photography for over twenty-five years.  During that time, it has meticulously catalogued the highest quality still

images, interactive images, and videos of several thousand vehicle makes and models. EVOX licenses these images to a variety of entities in the automobile industry.

11.     According to public filings, LendingTree is an online exchange that connects consumers seeking loan products with lenders. Through the LendingTree exchange, consumers can locate providers of mortgages, home equity loans, automobile loans, credit cards, and personal loans.

12.     Based upon its investigation to date, EVOX has learned that LendingTree used EVOX's copyrighted images without license or authorization as recently as 2022. This action ensues.

## ALLEGATIONS COMMON TO ALL CLAIMS

### EVOX Develops a Comprehensive Library of Standardized

### Images That Are Each Protected By A Unique Copyright Registration

13.     Over 30 years ago, EVOX began developing a standardized set of high-quality digital images ("Images") for every vehicle commercially available in the United States. Today, EVOX Images are used by major dealer solutions providers, top portal sites, original equipment manufacturers, newspapers, and dealer websites.

14.     Each year, EVOX adds vehicle Images of nearly all newly released makes, models, and trims. The process is labor intensive. The Images at issue in this action are the products of a meticulous photographic process.

15.     EVOX's photography team created a comprehensive set of interior, exterior, and interactive images for each vehicle that physically arrived at its photography studio. The process included an intensive post-production review.

16.     Over the years, EVOX has refined its process to such a degree that its Images are

Case 3:25-cv-00857-KDB-DCK     Document 1     Filed 10/28/25     Page 3 of 7

widely regarded as the highest-quality digital automotive images in the industry. Each EVOX Image can be separately licensed.

17. Given their independent value, EVOX protects its intellectual property rights by securing Certificates of Copyright Registration from the Register of Copyrights for each Image. EVOX currently owns and maintains the copyrights in more than one million Images pursuant to the United States Copyright Act.

**LendingTree Begins Infringing EVOX's**

**Copyrights After It Terminates Its License**

18. LendingTree first licensed EVOX Images pursuant to a license agreement ("Agreement") in 2009. This included thousands of Images, for myriad automobile makes and models from 2000 through the date of the Agreement.

19. LendingTree continued to license EVOX Images until the fall of 2020, when it decided not to renew the Agreement. By this date, LendingTree had amassed a substantial library of EVOX's copyrighted Images.

20. Given the value of its intellectual property rights, EVOX regularly monitors and investigates the potentially unauthorized use of its copyrights and trademarks.

21. As a result of its investigation to date, EVOX has learned that although LendingTree failed to renew the Agreement, it was continuing to actively use at least 131 of EVOX's copyrighted Images on its website without authorization. A list of the 131 Images, along with the associated copyright registration numbers, and the URL addresses on the LendingTree website where they were discovered, is attached as **Exhibit A**.

22. In addition to the Images that LendingTree was actively using on its webpages, EVOX learned that LendingTree continued to host approximately 124,346 of EVOX's images on

an unsecured, publicly-accessible server.  This constitutes public display.

23.     EVOX is informed and believes that additional investigation will reveal that LendingTree continued to use these Images in a manner that violated EVOX's exclusive rights of reproduction, distribution, and public display.

24.     Of these Images, 119,508 images were protected by copyright registration.  A list of the 119,508 Images, along with the associated copyright registration numbers, and where they were found on the server is attached as **Exhibit B**.

25.     All of the copyrighted EVOX Images that LendingTree was continuing to maintain on its website and server could be accessed by anyone with an internet connection.

### The Parties Enter Into a Tolling Agreement

26.     On or about September 1, 2023, the parties entered into a tolling agreement to suspend the running of any and all statutes of limitation, statutes of repose, and other time-related defenses that could be asserted with respect to the claims asserted herein.

27.     EVOX is informed and believes that nonparty insurer AIG has refused to accept its obligation to indemnify LendingTree for its infringement of EVOX images.

28.     EVOX is further informed and believes that nonparty broker Marsh has deprived LendingTree of its ability to enjoy the benefits of the AIG insurance policy with respect to EVOX's claims.

### COUNT ONE

### (Copyright Infringement – 17 U.S.C. § 501, *et seq.*)

29.     EVOX re-alleges the allegations in the preceding paragraphs as though fully set forth herein.

30.     Each of the Images is an original pictorial work and constitutes copyrightable

subject matter pursuant to 17 U.S.C. §§ 101 and 102.

31. LendingTree was not licensed or otherwise authorized to distribute, transmit, copy, display, or make available the Images when they were discovered by EVOX.

32. LendingTree has infringed EVOX's copyrights in at least 119,639 Images by distributing them, transmitting them, copying them, displaying them, or making them available to the general public without license or authorization.

33. At least 131 of these Images were reproduced, distributed, and displayed on LendingTree's website and hosted on its server. EVOX is informed and believes that these Images were repeatedly viewed by members of the public.

34. The remaining 119,508 Images were hosted and public displayed from Lending Tree's servers. EVOX is informed and believes that these Images were repeatedly accessed, reproduced, and distributed to members of the public. EVOX is further informed and believes that LendingTree maintains records that demonstrates how these Images were used without license or authorization.

35. EVOX believes that the infringement of EVOX's copyrights was willful because LendingTree was aware that a license was necessary, but continued to use EVOX Images with impunity.

36. EVOX has been damaged by LendingTree's willful infringement in an amount to be determined.

## **PRAYER FOR RELIEF**

WHEREAS, EVOX prays for relief as follows:

1. For maximum statutory damage with respect to each copyrighted work infringed, or such other amounts as may be proper pursuant to 17 U.S.C. § 504(c). Alternatively, EVOX,

at its election, is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate infringement.

2. For pre-judgment and post-judgment interest.

3. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

4. For such other and further relief as is just and proper.

This 28th day of October, 2025.

s/ Cary B. Davis

Cary B. Davis
N.C. Bar No. 36172
cdavis@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Suite 2300
Charlotte, North Carolina 28202
Telephone: 704.377.2536

Kelley M. Storey
N.C. Bar No. 56607
kstorey@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, North Carolina 27517
Telephone: 919.328.8800

Michael Sachs*
mjs@callahan-law.com
Jason Casero*
jcasero@callahan-law.com
CALLAHAN & BLANE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: 714.241.4444
*pro hac vice forthcoming

Attorneys for Plaintiff